UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| IN RE: ARCH INSURANCE COMPANY SKI PASS INSURANCE LITIGATION, | )<br>)<br>) MDL No. 2955<br>) |
| ALL ACTIONS. | ) Master Case No. 4:20-MD-02955-BCW<br>) |

\_\_\_ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ Decision by Court. This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS HEREBY ORDERED** that

Defendant's Motion to Dismiss the Master Consolidated Class Action Complaint, is GRANTED. It is further

**ORDERED** that

Defendant's Motion to Dismiss Count I for breach of policy is granted, and because Plaintiffs' Counts II, III, and IV rely on Count I, the entirety of Plaintiffs' complaint is dismissed for failure to state a claim.

**ORDERED** that

Defendant's Motion to Strike Portions of the Master Consolidated Class Action Complaint, is DENIED AS MOOT.

\_September 8, 2021_____ \_\_\_Paige Wymore-Wynn_____
Date                                             Clerk

Entered on \_September 8, 2021\_\_\_\_ \_\_/s/ Christy Anderson_____
                                             (By) Deputy Clerk